STATE OF NEW JERSEY v. CHRISTINE CAMERON.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY W. DE LA ROCHE, JR.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ARTIS.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LINWOOD WALKER.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DOMINICK J. CICALA.

October 29, 1985.

Petition for certification denied.